UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PCL (SHIPPING) PTE. LTD. and
CROSS WORLD MIDDLE EAST LIMITED,

          Plaintiffs,

  - against -

MIDDLE EAST MARINE AND
CHARTERING INC., DAO
MIDDLE EAST GEN TRADING AND
CONSTR CO. d/b/a DAO GROUP., and
YUSUF MUBARAK,

          Defendants.
------------------------------------------------------------X

08 CV ____
ECF CASE




## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiffs certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiffs:

          NONE.

Dated: April 21, 2008
      New York, NY

          The Plaintiffs,
          PCL (SHIPPING) PTE. LTD. and
          CROSS WORLD MIDDLE EAST LIMITED
          By: _____
          Anne C. LeVasseur
          Charles E. Murphy
          Nancy R. Peterson
          LENNON, MURPHY & LENNON, LLC
          The GrayBar Building
          420 Lexington Ave., Suite 300
          New York, NY 10170
          (212) 490-6050 – phone
          acl@lenmur.com
          cem@lenmur.com
          nrp@lenmur.com