JUDGE SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PCL (SHIPPING) PTE. LTD. and
CROSS WORLD MIDDLE EAST LIMITED,

          Plaintiffs,

          - against -

MIDDLE EAST MARINE AND
CHARTERING INC., DAO
MIDDLE EAST GEN TRADING AND
CONSTR CO. d/b/a DAO GROUP., and
YUSUF MUBARAK,

          Defendants.
------------------------------------------------------------X

08 CV 3769

08 CV _____
ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-22-08

### ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiffs for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Anne C. LeVasseur, sworn to on April 21, 2008, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy R. Peterson, Coleen A. McEvoy, Anne C. LeVasseur or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, including Gotham Process Servers, be, and is hereby, appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiffs) may hold assets of, for or on account of, Defendants.

Dated: New York, NY
      April 21, 2008

_Loretta A. Preska_
U.S.D.J.
(Part I)