CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PCL (SHIPPING) PTE. LTD. and CROSS WORLD :
MIDDLE EAST LIMITED
                                                          :
                                                          :
                    Plaintiffs,        :        08-CV-3769
                                                          :
            v.                              :        **NOTICE OF**
                                                          :        **APPEARANCE**
MIDDLE EAST MARINE AND CHARTERING :
INC., DAO MIDDLE EAST GEN TRADING AND :
CONSTR CO. d/b/a DAO GROUP., and YUSUF :
MUBARAK,                              :
                                                          :
                    Defendants.        :
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       May 12, 2008

                                        CLARK, ATCHESON & REISERT
                                        Attorneys for Garnishee
                                        Societe Generale New York Branch

                           By:          _____
                                        Richard J. Reisert (RR-7118)
                                        7800 River Road
                                        North Bergen, NJ  07047
                                        Tel: (201) 537-1200
                                        Fax: (201) 537-1201
                                        Email: reisert@navlaw.com