UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PCL (SHIPPING) PTE. LTD. and
CROSS WORLD MIDDLE EAST LIMITED,

                Plaintiffs,

      - against -

MIDDLE EAST MARINE AND
CHARTERING INC., DAO
MIDDLE EAST GEN TRADING AND
CONSTR CO. d/b/a DAO GROUP., and
YUSUF MUBARAK,

                Defendants.
------------------------------------------------------------X

08 CV 3769
ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: August 6, 2008
       New York, NY

                        The Plaintiff,
                        PCL (SHIPPING) PTE. LTD. and
                        CROSS WORLD MIDDLE EAST LIMITED

                        By: _____
                        Charles E. Murphy (CM 2125)
                        LENNON, MURPHY & LENNON, LLC
                        The Gray Bar Building
                        420 Lexington Ave., Suite 300
                        New York, NY 10170
                        (212) 490-6050
                        facsimile (212) 490-6070
                        cem@lenmur.com